

# Notice of Service of Process

**Primary Contact:**
Beverly Milkovich (legal dept)
Old Republic International Corporation
307 N Michigan Ave
Fl 15
Chicago, IL 60601-5405

| | |
|---|---|
| **Entity:** | Old Republic Insurance Company<br>Entity ID Number  1888373 |
| **Entity Served:** | Old Republic Insurance Company |
| **Title of Action:** | Jariah Moore vs. The Succession of Barry Corbin |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Iberville Parish District Court, LA |
| **Case/Reference No:** | 80425-A |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 01/28/2021 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Pride J. Doran<br>337-948-8008 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## CITATION

JARIAH MOORE, ET AL

Versus

BARRY CORBIN SUCCESSION OF, ET AL



Case: 080425
Division: A
18th Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
   OLD REPUBLIC INSURANCE COMPANY
   CORPORATION SERVICE COMPANY
   501 LOUISIANA AVENUE
   BATON ROUGE, LA 70802

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY,
2021.

_____
Deputy Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service   $_____

Mileage   $_____

Total   $_____

By: _____
   Deputy Sheriff

[ ORIGINAL ]

| | | |
|---|---|---|
| JARIAH MOORE, *ET AL,* | * | 18TH JUDICIAL DISTRICT COURT |
| INDIVIDUALLY, AND ON BEHALF OF | * | |
| THE ESTATE OF ANNA MOORE | * | |
| | * | |
| | * | |
| | * | |
| VS. | * | DOCKET NO.: 80415-A |
| | * | |
| THE SUCCESSION OF | * | IBERVILLE PARISH, |
| BARRY CORBIN, | * | |
| LIBERTY MUTUAL GROUP, | * | LOUISIANA |
| AMERICAN RED CROSS OF LOUISIANA, | * | |
| AND OLD REPUBLIC INSURANCE | * | |
| COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

The petition of **JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE**, who are residents and domiciliaries of Calcasieu Parish, Louisiana, respectfully represents:

1.

Made defendants herein are the following:

1. **THE SUCCESSION OF BARRY CORBIN**, through its succession representative attorney to be appointed by the Court in accordance with La. Code of Civil Procedure Article 734, 3111, 3121, and all other applicable Louisiana laws.

2. **LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC**, a foreign corporation authorized to do and doing business in this state with a registered office in Baton Rouge, Louisiana who may be served through its registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

3. **AMERICAN RED CROSS**, an unincorporated nonprofit organization, which may be served through a managing official at its Regional Headquarters: Southeast Louisiana - Greater Orleans Area, 2640 Canal St., New Orleans, LA 70119.

4. **OLD REPUBLIC INSURANCE COMPANY** a foreign corporation authorized to do and doing business in this state with a registered office in Baton Rouge, Louisiana who may be served through its registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

2.

Plaintiffs, **JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE**, are the children of decedent Anna Moore and are persons of the age of majority, who file this suit individually and on behalf of **THE ESTATE OF ANNA MOORE**.

3.

Defendants herein are justly indebted, *in solido*, to Plaintiff for damages, as a result of the negligent acts of said Defendants, in causing an accident on or about November 11, 2020 in New Orleans, Louisiana.

4.

The decedent, Anna Moore, was displaced due to Hurricane Laura. Ms. Moore evacuated to New Orleans, Louisiana, where she was temporarily residing at the Marriott in New Orleans under the auspices of the American Red Cross.

5.

The Defendant, American Red Cross, hired Defendant Barry Corbin ("Mr. Corbin") to transport Ms. Moore to and from her medical appointments.

6.

On the aforementioned date, Mr. Corbin was transporting Ms. Moore to a medical appointment in a 2013 Chrysler Town and Country, owned by Alfred Corbin, bearing a Louisiana license plate number YBH 892. Mr. Corbin was driving his vehicle on Rosedale Rd., near the intersection of Sydney Rd., when, suddenly and without warning, Mr. Corbin's vehicle veered left, drove off of the roadway at a high rate of speed, struck an embankment, and came to a stop.

7.

Both Ms. Moore and Mr. Corbin were fatally injured as a result of this horrific accident.

8.

At the time of this crash, Barry Corbins is believed to have been an agent and/or employee working in the course and scope of his agency and/or employment for defendant **AMERICAN RED CROSS.**

9.

At all times material hereto, and particularly at the time of said collision, Defendant, **LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,** had issued and there was in effect, a policy of automobile liability insurance insuring drivers of the vehicle owned by Barry Corbins. Pursuant to the terms and conditions of said insurance contract, Defendant, **LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC**, did agree to stand in judgment jointly, severally and *in solido* with Barry Corbins for the negligence, which caused the injuries and damages complained of herein.

10.

At all times material hereto, and particularly at the time of said collision, Defendants, **LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC and OLD REPUBLIC INSURANCE COMPANY,** had issued and there was in effect, commercial general liability policies insuring **AMERICAN RED CROSS** and did agree to stand in judgment jointly, severally and *in solido* with that entity for the negligence, which caused the injuries and damages complained of herein.

11.

The acts of fault, gross and wanton negligence, and lack of skill by the decedent/driver, Mr. Corbins, which were the proximate cause of the collisions and the resulting damages to the decedent **ANNA MOORE** include, but are not limited to, the following:

    (a)    Failure to operate the vehicle in a safe and reasonable manner;

    (b)    Failing to keep a proper lookout;

    (c)    Failing to yield;

    (d)    Failure to do what he should have done under the circumstances;

    (e)    Failure to take evasive action to avoid the accident;

    (f)    In operating a vehicle in a careless manner;

    (g)    In violating the traffic laws of the State of Louisiana; and

    (h)    Such other acts and omissions as will be shown at the trial of this matter, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana and Parish of Orleans, which are specially pleaded as if and as though copied *in extenso.*

12.

Defendant, **ALFRED CORBIN,** as the owner of the vehicle operated by Barry Corbin, had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein. Alfred Corbin negligently entrusted the vehicle to Barry Corbin. As described herein, Barry Corbin was negligent on the occasion in question.

13.

The acts of fault, gross and wanton negligence, by **AMERICAN RED CROSS** which were the proximate cause of the collisions and the resulting damages to the person of **ANNA MOORE** include, but are not limited to, the following:

    (a)    Negligent hiring, failure to train, and failure to properly supervise Mr. Corbin.

    (b)    Failure to institute, promulgate, and impose appropriate guidelines and restrictions in the use of employee/non-employee automobiles;

    (c)    Failure to take appropriate action to avoid the accident;

3

(d)  *Respondeat superior*; and

(e)  Such other acts and omissions as will be shown at the trial of this matter, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana and Orleans Parish, which are specially pleaded as if and as though copied *in extenso*.

14.

**LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC and OLD REPUBLIC INSURANCE COMPANY**, which provided insurance covering this incident, are liable along with other Defendants for the acts or omissions of its insured.

15.

As a result of said accident, Anna Moore suffered fatal injuries. Plaintiffs, individually and on behalf of the decedent, sustained damages as a result of the accident. Those damages and causes of action include, but are not necessarily limited to:

A.  Survival action and wrongful death action under Louisiana law;

B.  The severe physical and mental pain and suffering and emotional distress suffered by Anna Moore following the accident and prior to death.

C.  Medical, funeral and burial expenses, in an amount to be determined reasonable at a later date;

D.  Loss of consortium, loss of enjoyment, and loss of society sustained by **JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE** as a result of the death of their mother; and

E.  Any and all other damages as are just and reasonable under the circumstances.

15.

Plaintiffs' damages exceed $50,000.00.

16.

Under the Louisiana Code of Civil Procedure, Article 1432 *et seq.*, Plaintiff is entitled to and hereby request that Defendants, **LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC and OLD REPUBLIC INSURANCE COMPANY,** produce for inspection, the originals or certified copies of the insurance policies providing coverage for the damages complained of herein, which policy was in effect at the time of the accident. Said policies should be ordered produced within thirty (30) days to Pride J. Doran, 521 E. Landry Street, Opelousas, Louisiana 70570 or Post Office Box 2119, Opelousas, Louisiana, 70571.

4

**WHEREFORE,** Plaintiff prays as follows:

(a)      For judgment, jointly, severally *and in solido*, condemning said Defendants to pay unto them a reasonable sum, together with all legal interest from date of judicial demand until paid and for all costs of these proceedings;

(b)      That Defendants be ordered to produce for inspection, the original or a certified copy of the insurance policy providing coverage for the damages complained of herein, which policy was in full force and effect at the time of the accident; and

(c)      Any and all general and equitable relief that may be afforded Plaintiffs by this Honorable Court and the laws of the State of Louisiana.

Respectfully submitted,

**DORAN & CAWTHORNE, P.L.L.C.**

Pride J. Doran, #25035
Quincy L. Cawthorne, #29791
521 E. Landry Street (70570)
P.O. Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax:    (337) 948-0098

Attorneys for Jariah Moore, Jeremiah Moore,
and Jamar Moore,
Individually, and on behalf of
The Estate of Ana Moore

**PLEASE SERVE:**

**SUCCESSION OF BARRY CORBIN**
**\*\*\*PLEASE WITHOLD SERVICE AT THIS TIME\*\*\***

**LIBERTY MUTUAL GROUP**
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue,
Baton Rouge, LA 70802

**AMERICAN RED CROSS**
Through a managing official at its Regional Headquarters:
Southeast Louisiana - Greater Orleans Area,
2640 Canal St., New Orleans, LA 70119

**OLD REPUBLIC FINANCIAL ACCEPTANCE CORPORATION**
Through its Registered Agent
Corporation Service Company
501 Louisiana Avenue,
Baton Rouge, LA 70802





A TRUE COPY
DATE
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

# CITATION

JARIAH MOORE, ET AL

Versus

BARRY CORBIN SUCCESSION OF, ET AL



Case: 080425
Division: A
18th Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
  LIBERTY MUTUAL GROUP
  CORPORATION SERVICE COMPANY
  501 LOUISIANA AVENUE
  BATON ROUGE, LA  70802

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY,
2021.

_____

Deputy Clerk of Court

_____

## Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____

Mileage     $_____

Total        $_____

By: _____

Deputy Sheriff

FOOTERAREA

# CITATION

JARIAH MOORE, ET AL

Versus

BARRY CORBIN SUCCESSION OF, ET AL



Case: 080425
Division: A
18ᵗʰ Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
AMERICAN RED CROSS OF LOUISIANA
SOUTHEAST LOUISIANA-GREATER ORLEANS AREA
2610 CANAL STREET
NEW ORLEANS, LA 70119

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY, 2021.

_____
Deputy Clerk of Court

## Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

Mileage    $_____                    By: _____
                                              Deputy Sheriff

Total      $_____

FOOTERAREA

## CITATION

JARIAH MOORE, ET AL

Versus

BARRY CORBIN SUCCESSION OF, ET AL



Case: 080425
Division: A
18th Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
   OLD REPUBLIC INSURANCE COMPANY
   CORPORATION SERVICE COMPANY
   501 LOUISIANA AVENUE
   BATON ROUGE, LA 70802

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY, 2021.

_____
Deputy Clerk of Court

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service        $_____

Mileage       $_____                    By: _____
                                                    Deputy Sheriff

Total          $_____

FOOTERAREA

## NOTICE OF SERVICE

*JARIAH MOORE, ET AL*

*Versus*

*BARRY CORBIN SUCCESSION OF, ET AL*



*Case: 080425*
*Division: A*
*18th Judicial District Court*
*Parish of Iberville*
*State of Louisiana*

To:  *PRIDE J. DORAN*
    *DORAN & CAWTHORNE*
    *521 E. LANDRY STREET*
    *OPELOUSAS, LA  70571*

*Date of Service: 28 January 2021*

*Personal/Domiciliary: Personal ON LIBERTY MUTUAL GROUP THRU CORPORATION SERVICE COMPANY TO LISA CUTRER*

*Issued by the Clerk of Court on the 4TH day of February, 2021.*

**Pleading Served**
*CITATION*

_____
*Deputy Clerk*

FOOTER AREA

# CITATION



*JARIAH MOORE, ET AL*

*Versus*

*BARRY CORBIN SUCCESSION OF, ET AL*

Case: 080425
Division: A
18th Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
    LIBERTY MUTUAL GROUP
    CORPORATION SERVICE COMPANY
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY,
2021.

_____
Deputy Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____

_____, 20____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service        $_____

Mileage        $_____

Total          $_____  FILED

2021 FEB -4 P 2:07

DY CLERK-EX OFFICIAL
IBERVILLE, LOUISIANA

By: _____
    Deputy Sheriff

the service on the named party through the
CORPORATION SERVICE COMPANY
JAN 28 2021
by tendering a copy of this document to:
☐ E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, LA

[ RETURN COPY ]

## NOTICE OF SERVICE

*JARIAH MOORE, ET AL*

*Versus*

*BARRY CORBIN SUCCESSION OF, ET AL*



Case: 080425
Division: A
18th Judicial District Court
Parish of Iberville
State of Louisiana

To:  PRIDE J. DORAN
    DORAN & CAWTHORNE
    521 E. LANDRY STREET
    OPELOUSAS, LA  70571

*Date of Service: 28 January 2021*

*Personal/Domiciliary: Personal ON OLD REPUBLIC INSURANCE COMPANY THRU CORPORATION
SERVICE COMPANY TO LISA CUTRER*

*Issued by the Clerk of Court on the* 4TH *day of* FEBRUARY, 2021.

**Pleading Served**
CITATION

_____
*Deputy Clerk*

## CITATION

JARIAH MOORE, ET AL

Versus

BARRY CORBIN SUCCESSION OF, ET AL



Case: 080425
Division: A
18th Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
    OLD REPUBLIC INSURANCE COMPANY
    CORPORATION SERVICE COMPANY
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY,
2021.

_____
Deputy Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20____ served the above named party as follows:

Personal Service on the party herein named _____:

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service,

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $ _____

Mileage    $ _____

Total        $ _____

I made service on the named party through the
CORPORATION SERVICE COMPANY
By _____
Deputy Sheriff

JAN 28 2021
by tendering a copy of this document to:
☐ P _____
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, LA

2021 FEB -4 P 2: 07

DY CLERK-EX OFFICIAL
IBERVILLE, LOUISIANA

[ RETURN COPY ]

## NOTICE OF SERVICE

*JARIAH MOORE, ET AL*

*Versus*

*BARRY CORBIN SUCCESSION OF, ET AL*



*Case: 080425*
*Division: A*
*18th Judicial District Court*
*Parish of Iberville*
*State of Louisiana*

To:  *PRIDE J. DORAN*
     *DORAN & CAWTHORNE*
     *521 E. LANDRY STREET*
     *OPELOUSAS, LA  70571*

*Date of Service: 5 February 2021*

*Personal/Domiciliary: Personal ON AMERICAN RED CROSS OF LOUISIANA TO J. BRUCE*

*Issued by the Clerk of Court on the* 22ND *day of* February, 20 21.

**Pleading Served**
*CITATION*                                          _____
                                                    *Deputy Clerk*

FOOTERAREA

Case 3:21-cv-00140-BAJ-RLB    Document 1-2    03/04/21    Page 16 of 17

## CITATION

JARIAH MOORE, ET AL

Versus

BARRY CORBIN SUCCESSION OF, ET AL



Case: 080425
Division: A
18ᵗʰ Judicial District Court
Parish of Iberville
State of Louisiana

The State of Louisiana and said Court to
   AMERICAN RED CROSS OF LOUISIANA
   SOUTHEAST LOUISIANA-GREATER ORLEANS AREA
   2610 CANAL STREET
   NEW ORLEANS, LA-70119

You are hereby summoned either to comply with the demand contained in the PETITION FOR DAMAGES

petition of the said PLAINTIFFS: JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE,

INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE a copy of which accompanies the

citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court

House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

WITNESS THE HONORABLE J. KEVIN KIMBALL, JUDGE OF SAID COURT, this 11TH day of JANUARY,
2021.

_Deputy Clerk of Court_

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:.

Personal Service on the party herein named _____;

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the

hands of _____, a person apparently over the age of seventeen

years, living and residing in said domicile and whose name and other facts connected with this service, I

learned by interrogating the said person, said party herein being absent from his/her residence at the time of

said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

Mileage    $_____

Total    $_____

By: _____
   _Deputy Sheriff_

24 80425 / 1 / 9113
24 / JN                                    Badge # 488

2021 FEB 22  P 2: 58

DY CLERK-EX OFFICIAL
IBERVILLE, LOUISIANA

[ RETURN COPY ]



2 - 5 - 21
1136
J. Bruce

(24)  80425 - Service Date 02/05/2021 Time 11:36 AM
AMERICAN RED CROSS OF LA

Personal at 2610 CANAL ST
Dorian Alexander # 488, Orleans
Citation; Serial# 1;
J. Bruce

Signature