## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARIAH MOORE, JEREMIAH MOORE AND JAMAR MOORE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE** | **CIVIL ACTION NO.: 21-140** |
| **Plaintiffs** | |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **THE SUCCESSION OF BARRY CORBIN, LIBERTY MUTUAL GROUP, AMERICAN RED CROSS OF LOUISIANA, AND OLD REPUBLIC INSURANCE COMPANY** | **MAG: RICHARD L. BOURGEOIS, JR.** |
| **Defendants** | |

**************************************************************************

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come **JARIAH MOORE, JEREMIAH MOORE, AND JAMAR MOORE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNA MOORE**, residents of, and domiciled in Calcasieu Parish, Louisiana, who respectfully submit this First Supplemental and Amended Complaint for Damages, pursuant to Rule 15 of the Federal Rules of Civil Procedure. In support of their Complaint, they respectfully represent the following:

1.

All allegations of the original "Complaint" for Damages are hereby reiterated, as if fully stated herein.

2.

Plaintiffs amend paragraph 1 of their original "Complaint" for Damages to state the following:

Made defendants herein are the following:

1. **BARRY CORBIN,** a person of full age of majority, whose residence, domicile and address are currently unknown.

2. **LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,** a foreign corporation authorized to do and doing business in this state with a registered office in Baton Rouge, Louisiana who may be served through its registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

3. **AMERICAN RED CROSS,** an unincorporated nonprofit organization, which may be served through a managing official at its Regional Headquarters: Southeast Louisiana - Greater Orleans Area, 2640 Canal St., New Orleans, LA 70119.

4. **OLD REPUBLIC INSURANCE COMPANY** a foreign corporation authorized to do and doing business in this state with a registered office in Baton Rouge, Louisiana who may be served through its registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

3.

Plaintiffs amend their original "Complaint" for Damages to change any reference of "**THE SUCCESSION OF BARRY CORBIN**" to **"BARRY CORBIN."**

4.

Plaintiffs amend paragraph 7 of their original "Complaint" for Damages to state the following:

Ms. Moore was fatally injured as a result of this horrific accident.

5.

Plaintiffs delete paragraph 12 of their original "Complaint" for Damages.

**WHEREFORE,** Plaintiffs pray as follows:

(a) For judgment, jointly, severally *and in solido*, condemning said Defendants to pay unto them a reasonable sum, together with all legal interest from date of judicial demand until paid and for all costs of these proceedings; and

(b) Any and all general and equitable relief that may be afforded Plaintiffs by this Honorable Court and the laws of the State of Louisiana.

Respectfully submitted,

**DORAN & CAWTHORNE, P.L.L.C.**

/s/ Pride Doran
Pride J. Doran, #25035
Quincy L. Cawthorne, #29791
Orelia R. Lawdins, # 36766
Corrie R. Gallien, #34179
521 E. Landry Street (70570)
P.O. Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax:    (337) 948-0098
Attorneys for Petitioner

**CERTIFICATE OF SERVICE**

I certify that, on the date set forth below, the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES** was filed electronically with the Clerk of Court using the CM/ECF system and that it will be available for viewing and downloading on the Court's CM/ECF system by the parties. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on this 1st day of June, 2021.

/s/ Pride Doran
PRIDE J. DORAN